# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ANDREW JACKSON JONES<br>Date of Previous Judgment: October 27, 2004<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 1:03CR00112-001<br>USM No: 18648-058<br>James Weidner<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 25           Amended Offense Level: 23
Criminal History Category: V          Criminal History Category: V
Previous Guideline Range: 120 to 125 months   Amended Guideline Range: 120 to 120 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction due to sentence of statutory mandatory minimum.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  October 27, 2004  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 16, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge